UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JAMES DUANE RILEY,<br><br>    Petitioner,<br><br>vs.<br><br>DOUGLAS WEBER, MIKE DURFEE STATE PRISON, SPRINGFIELD, SD; AND MARTY JACKLEY, THE ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA;<br><br>    Respondents. | 5:15-CV-05073-JLV<br><br>ORDER |

  Pending is James Duane Riley's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Docket 16. Respondents have filed a motion for summary judgment re: claims 1.a, 1.b and 1.c and supporting brief. Docket 22. Within that document, respondents assert they will file their statement of undisputed material facts with their reply brief. Id., n. 1. Pursuant to Local Rule 56.1.A, the moving party's motion for summary judgment must be accompanied by "a separate, short, and concise statement of the material facts as to which the moving party contends there is no genuine issue to be tried . . ." Additionally, pursuant to this court's order dated December 6, 2016, respondents are reminded of their responsibility to file with the federal clerk of court all state court criminal and habeas records on or before January 15, 2017. Accordingly, it is hereby

  ORDERED that Respondents shall submit all state court criminal and habeas records for filing with the clerk of court no later than January 17, 2017.

  It is further ORDERED that Respondents shall immediately comply with Local Rule 56.1.A by filing a statement of undisputed facts.

It is further ORDERED that Petitioner's time for responding to Respondents' motion for summary judgment shall not begin to run until the Respondents have served and filed their statement of undisputed facts.

DATED this 13th day of January, 2017.

BY THE COURT:

/s/ Veronica L. Duffy
VERONICA L. DUFFY
United States Magistrate Judge